1  Brian Hennessy, State Bar No. 226721
   BHennessy@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  Amelia Gerlicher, *pro hac vice*
   AGerlicher@perkinscoie.com
6  PERKINS COIE LLP
   2901 North Central Avenue, Suite 2000
7  Phoenix, Arizona  85012-2788

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>CHRISTOPHER PETER TARQUINI, an individual,<br><br>               Defendant. | Case No. CV 13-05312 VC/DMR<br><br>[~~PROPOSED~~] **ORDER REGARDING DISCOVERY CUTOFF** |

The Court, having considered the stipulation of the parties, and good cause appearing, orders that the discovery cutoff be extended to October 2, 2014.  This order does not affect the other existing case deadlines set by the Court in its Case Management Scheduling Order. *See* Dkt. No. 38.

**IT IS SO ORDERED.**

DATED: August 20, 2014

Hon. Vince Chahabria
United States District Judge

STIPULATION AND [PROPOSED] ORDER
e No. CV 13-05312 VC
-3-

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

LEGAL123071909.1