UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK INC.,
          Plaintiff,

v.

CHRISTOPHER PETER TARQUINI,
          Defendant.

Case No. 13-cv-05312-VC

**ORDER**

The defendant is not represented by counsel at this time. If he intends to proceed without counsel and represent himself, he should file a notice stating that he is appearing *pro se* and listing his current address and contact information for the court. He must file the notice by September 3, 2014.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
VINCE CHHABRIA
United States District Judge