1    Brian Hennessy, State Bar No. 226721
     BHennessy@perkinscoie.com
2    PERKINS COIE LLP
     3150 Porter Drive
3    Palo Alto, CA 94304-1212
     Telephone: 650.838.4300
4    Facsimile: 650.838.4350

5    Amelia Gerlicher, *pro hac vice*
     AGerlicher@perkinscoie.com
6    PERKINS COIE LLP
     2901 North Central Avenue, Suite 2000
7    Phoenix, Arizona  85012-2788

8    Attorneys for Plaintiff
     FACEBOOK, INC.

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12

13                                      Case No. CV 13-05312 VC/DMR

14   FACEBOOK, INC., a Delaware
     corporation,                       **[PROPOSED] ORDER REGARDING CASE
15                                       MANAGEMENT CONFERENCE**
                         Plaintiff,
16
           v.
17
     CHRISTOPHER PETER TARQUINI, an
18   individual,

19                       Defendant.

20          The Court, having considered the stipulation of the parties, and good cause appearing,

21   orders that the case management conference be continued to October 28, 2014 and the deadline to

22   file the case management statement shall be October 21, 2014.  The ADR referral in this matter is

23   closed.  This order does not affect the other existing case deadlines set by the Court in its Case

24   Management Scheduling Order. *See* Dkt. No. 38.

25   **IT IS SO ORDERED.**

26   DATED: October 7, 2014 _____        _____
                                                    Hon. Vince Chahabria
27                                                  United States District Judge

28

Perkins Coie LLP
Attorneys At Law
Palo Alto

-3-

LEGAL123670981.1

STIPULATION AND [PROPOSED] ORDER
Case No. CV 13-05312 VC