1   Brian Hennessy, State Bar No. 226721
    BHennessy@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, CA 94304-1212
    Telephone: 650.838.4300
4   Facsimile: 650.838.4350

5   Amelia Gerlicher, *pro hac vice*
    AGerlicher@perkinscoie.com
6   PERKINS COIE LLP
    2901 North Central Avenue, Suite 2000
7   Phoenix, Arizona  85012-2788

8   Attorneys for Plaintiff
    FACEBOOK, INC.
9

10                    **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12

13                                    Case No. CV 13-05312 VC/DMR
    FACEBOOK, INC., a Delaware
14  corporation,                      **[PROPOSED] ORDER REGARDING CASE
                                      MANAGEMENT CONFERENCE**
15                   Plaintiff,

16          v.

17  CHRISTOPHER PETER TARQUINI, an
    individual,
18
                     Defendant.
19

20          The Court, having considered the stipulation of the parties, and good cause appearing,

21  orders that the case management conference be continued to November 18, 2014 and the deadline

22  to file the case management statement shall be November 11, 2014. This order does not affect the

23  other existing case deadlines set by the Court in its Case Management Scheduling Order.

24  *See* Dkt. No. 38.

25  **IT IS SO ORDERED.**

26  DATED: October 23, 2014                    _____
                                               Hon. Vince Chahabria
27                                             United States District Judge

28                                             STIPULATION AND [PROPOSED] ORDER
                                               Case No. CV 13-05312 VC

                        -3-

LEGAL123860224.1