UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK INC.,<br>　　　　Plaintiff,<br>　v.<br>CHRISTOPHER PETER TARQUINI,<br>　　　　Defendant. | Case No. 13-cv-05312-VC<br><br>**ORDER OF DISMISSAL** |

　　　The parties have stipulated to a dismissal of this case with prejudice after having reached a settlement.  Accordingly, the case is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.  The clerk is directed to close the case.  The parties retain the right to file a motion to reopen the case in the event there is a dispute about compliance with the terms of the settlement agreement.

　　　**IT IS SO ORDERED**.

Dated: November 13, 2014

_____
VINCE CHHABRIA
United States District Judge